December 03, 2010

Mr. Ronald E. Pearson
Pearson & Pearson
2109 Birdcreek Terrace
Temple, TX 76502
Mr. Stuart Smith
Naman Howell Smith & Lee LLP
900 Washington Ave., Suite 700
P.O. Box 1470
Waco, TX 76703-1470

RE: Case Number: 09-0026
 Court of Appeals Number: 07-07-00305-CV
 Trial Court Number: 199,609-B

Style: WIND MOUNTAIN RANCH, LLC
 v.
 CITY OF TEMPLE, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Shelia Norman|
| | |
| |Ms. Peggy Culp |
| |Mr. Joseph R. |
| |Knight |